# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM J. BOSWELL**
**ADC #176578**                                                       **PETITIONER**

v.                              Case No. 4:23-cv-00779-KGB

**DEXTER PAYNE, Director of the Arkansas**
**Division of Correction**                                         **RESPONDENT**

## ORDER

Before the Court are a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 14) and three motions for status update filed by *pro se* petitioner William J. Boswell (Dkt. Nos. 16–18). Mr. Boswell filed objections to the Recommendation (Dkt. No. 15). The Court has considered Mr. Boswell's objections, and the matters raised by Mr. Bowell in his objections do not change the analysis that applies to his claims and that was applied to his claims in the Recommendation. After conducting a *de novo* review of the record, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. For the reasons stated in the Recommendation, the Court dismisses with prejudice Mr. Boswell's petition for a writ of *habeas corpus* (Dkt. No. 2). The Court declines to issue a certificate of appealability. Mr. Boswell may still apply to the Eighth Circuit Court of Appeals for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). The Court grants Mr. Boswell's motions for status update and considers this Order sufficient to apprise Mr. Boswell of the status of this case (Dkt. Nos. 16–18).

It is so ordered this 19th day of February, 2025.

_____
Kristine G. Baker
Chief United States District Judge