IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM J BOSWELL**
**ADC #176578**                                                                                          **PETITIONER**

v.                                          Case No. 4:23-cv-00779-KGB

**DEXTER PAYNE, Director of the Arkansas**
**Division of Correction**                                                                     **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner William J. Boswell's petition for a writ of *habeas corpus* is dismissed with prejudice. The Court declines to issue a certificate of appealability. Mr. Boswell may still apply to the Eighth Circuit for a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B).

It is so ordered this 19th day of February, 2025.

_____
Kristine G. Baker
Chief United States District Judge